**Joseph L. ROBERTO, Creditor— Appellant,**

v.

**Matilde Dlg. FEJERAN; Teresa F. Saucedo; Anna F. Racomora, Claimants—Appellees.**

No. 04–72996.

United States Court of Appeals, Ninth Circuit.

Submitted April 25, 2006.*

Filed April 25, 2006.

Douglas F. Cushnie, Esq., Law Offices of Douglas F. Cushnie, Saipan, MP, for Creditor–Appellant.

Brien Sers Nicholas, Saipan, MP, for Claimants–Appellees.

Before: HAWKINS, McKEOWN, and CLIFTON, Circuit Judges.

ORDER **

This appeal is dismissed for lack of jurisdiction. *Oden v. Northern Marianas College,* 440 F.3d 1085, 1090–91 (9th Cir. 2006) (holding that this court lacks jurisdiction over appeals from decisions of the Supreme Court of the Commonwealth of

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

the Northern Mariana Islands which were not completed before May 1, 2004).

**APPEAL DISMISSED.**

---

*** The Honorable Robert C. Jones, District Judge for the District of Nevada, sitting by designation.

**** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.